IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM M. WALLS<br>JAMES J. OAKES, and<br>FRANCIS X. OAKES,<br><br>    Plaintiffs,<br><br>    v.<br><br>REPSOL OIL AND GAS USA, LLC,<br><br>    Defendant. | No. 4:20-CV-00782<br><br>(Judge Brann) |

## ORDER

**AND NOW**, this 11th day of September 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' Motion to Remand, Doc. 10, is **DENIED**.

2. Defendant's Motion to Dismiss, Doc. 3, is **GRANTED**.

3. Plaintiffs may file an amended complaint by September 25, 2020. If no amended complaint is filed by that date, the action will be summarily dismissed pursuant to Fed. R. Civ. P. 41(b).

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge